[No. 606-1.   Division One—Panel 1.   November 22, 1971.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD M. SATTLER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 52990, Solie M. Ringold, J., entered May 26,

1970. *Affirmed* by unpublished opinion pursuant to RCW 2.06.040.